IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-54005 K |
| BEN S. KIM, MS, DDS, PA, | § | |
| Debtor | § | |
| BEN S. KIM, MS, DDS, PA, | § | |
| Plaintiff | § | ADVERSARY NO.10-05114 K |
| v. | § | |
| INTCO EK GP, INC, INTCO DEVELOPMENT OF TEXAS, INC, INTCO EK L.P., KANE K. HUI AND ERNEST H. HUI, | § | |
| Defendants | § | CHAPTER 7 |

## MOTION TO DISMISS

**TO THE HONORABLE RONALD B. KING, U.S. BANKRUPTCY JUDGE:**

Ben S. Kim, MS, DDS, PA, Plaintiff, respectfully represents:

1. The Plaintiff has recovered most of the property made the basis of this lawsuit and accordingly requests that the Court dismiss this adversary proceeding without prejudice.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that the Court dismiss this proceeding with prejudice without each party to bear its or their own costs.

Dated: 8th of December, 2010.

Respectfully submitted,

LAW OFFICES OF MARTIN SEIDLER
One Elm Place, Suite E-504
11107 Wurzbach Road
San Antonio, Texas 78230
(210) 694-0300
(210) 690-9886 (telecopier)


By: /s/
MARTIN SEIDLER, #18000800
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing document was faxed to the following, on this the 8th day of December, 2010:

James V. Hoeffner
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue
Suite 2200
Austin, TX 78701
Fax : (512) 480-5886


/s/
MARTIN SEIDLER