The relief described hereinbelow is SO ORDERED.

Signed December 09, 2010.

_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-54005 K |
| BEN S. KIM, MS, DDS, PA, | § | |
| Debtor | § | |
| BEN S. KIM, MS, DDS, PA, | § | |
| Plaintiff | § | ADVERSARY NO.10-05114 K |
| v. | § | |
| INTCO EK GP, INC, INTCO DEVELOPMENT OF TEXAS, INC, INTCO EK L.P., KANE K. HUI AND ERNEST H. HUI, | § | |
| Defendants | § | CHAPTER 7 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pending before the Court is the Plaintiff'' Motion to Dismiss. It is accordingly,

ORDERED that the Plaintiff's Motion to Dismiss be and the same is hereby

granted. This adversary proceeding, wherein Ben S. Kim, MS, DDS, PA is Plaintiff and Intco GP, Inc., Intco EK LP, Intco Development of Texas, Inc., Kane Hui and Ernest Hui are Defendants, shall be and the same is hereby dismissed without prejudice with each party to bear their own costs.

###

Prepared By:

Martin Seidler
11107 Wurzbach Rd., Suite 504E
San Antonio, Texas 78230
(210) 694-0300
(210 690-9886 (telefax)